**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CONSTRUCTION FINANCIAL ADMINISTRATION SERVICES LLC d/b/a CFAS | : : : | CIVIL ACTION |
| v. | : : | NO. 19-0020 |
| FEDERAL INSURANCE COMPANY | : | |

## ORDER

**AND NOW**, this  9th  day of June, 2022, upon consideration of Construction Financial Administration Services LLC d/b/a CFAS's ("CFAS") Motion for Summary Judgment (ECF No. 27), Federal Insurance Company's ("FIC") Motion for Summary Judgment (ECF No. 31), FIC's Motion to Strike (ECF No. 48) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. CFAS's Motion for Summary Judgment (ECF No. 27) is **DENIED**.

2. FIC's Motion for Summary Judgment (ECF No. 31) is **GRANTED**.

3. FIC's Motion to Strike (ECF No. 48) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

**/s/ Judge John Milton Younge
Judge John Milton Younge**