IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSTRUCTION FINANCIAL ADMINISTRATION SERVICES LLC D/B/A CFAS** | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION: NO. 2:19-cv-0020-JMY |
| v. | : : | |
| **FEDERAL INSURANCE COMPANY** | : : | |
| Defendant. | : | |

**NOTICE AND REQUEST FOR ORDER UNDER LOCAL RULE 41.1(b)**

Plaintiff Construction Financial Administration Services LLC d/b/a CFAS ("CFAS") and Defendant Federal Insurance Company ("Federal"), by their undersigned counsel, hereby notify the Court that the issues between the parties have been settled. The parties therefore jointly ask that the Court enter an Order (in the form attached) pursuant to Local Rule 41.1(b) dismissing the action with prejudice, and without costs, pursuant to the agreement of counsel; provided that such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**LOVEIN RIBMAN PC**

*/s/ Kevin G. Amadio, Esquire* *
*\* Consent for signature provided via email July 1, 2022 and confirmed via phone July 5, 2022*
Kevin G. Amadio, Esquire – PA I.D. No. 34735
1225 S. Main Street, Suite 200
Grapevine, TX 76051
Ph: (817) 442-5106
Fax: (817) 442-5108
kamadio@loveinribman.com

1

*Attorney for Plaintiff*
*Construction Financial Services LLC d/b/a CFAS*


**GORDON REES SCULLY MANSUKHANI, LLP**

By:/s/ *Katherine A. Musbach*
Ilan Rosenberg Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
(215) 717-4026
irosenberg@grsm.com

Scott L. Schmookler (*pro hac vice*)
Katherine A. Musbach (*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
(312) 980-6798
sschmookler@grsm.com kmusbach@grsm.com

*Attorneys for Defendant Federal Insurance Company*

***Form of Order Follows this Sheet***

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSTRUCTION FINANCIAL ADMINISTRATION SERVICES LLC D/B/A CFAS** : : : : | |
| : Plaintiff, : | CIVIL ACTION: NO. 2:19-cv-0020-JMY |
| v. : : | |
| **FEDERAL INSURANCE COMPANY** : : | |
| Defendant. : | |

### ORDER OF DISMISSAL UNDER LOCAL RULE 41.1(b)

The Court, having been advised by counsel that the issues between the parties have been settled, and that the parties request that an Order be entered pursuant to Local Rule 41.1(b) dismissing the action with prejudice, and without costs, pursuant to the agreement of counsel; it is hereby ORDERED, that this action be and hereby is dismissed with prejudice, and without costs; provided, however, that this Order of Dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Judge John Milton Younge**