IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSTRUCTION FINANCIAL ADMINISTRATION SERVICES LLC D/B/A CFAS** : : : : : | |
| Plaintiff, : | CIVIL ACTION: NO. 2:19-cv-0020-JMY |
| v. : : | |
| **FEDERAL INSURANCE COMPANY** : : | |
| Defendant. : | |

**ORDER OF DISMISSAL UNDER LOCAL RULE 41.1(b)**

The Court, having been advised by counsel that the issues between the parties have been settled, and that the parties request that an Order be entered pursuant to Local Rule 41.1(b) dismissing the action with prejudice, and without costs, pursuant to the agreement of counsel; it is hereby ORDERED, that this action be and hereby is dismissed with prejudice, and without costs; provided, however, that this Order of Dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

BY THE COURT:

Date: July 7, 2022

/s/ John Milton Younge
**Judge John Milton Younge**